## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

### JUDGMENT IN A CIVIL CASE

**CASE NO.:**

  Petitioner,

v.

  Respondent.

_____ **JURY VERDICT .**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

_____ **DECISION BY COURT.**  This action came before the Court.  The matter has been fully submitted and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED:

Date:

      Clerk, U.S. District Court

       /s/ Susan Kern
      By: Deputy Clerk