IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MAGNUS ANDERUNG,<br><br>　　Petitioner,<br><br>vs.<br><br>RAINA MARIE ANDERUNG,<br><br>　　Respondent. | No. 4:13-cv-00080 – JEG-CFB<br><br>ORDER NUNC PRO TUNC |

The Order filed by this Court on June 28, 2013, ECF No. 54, contains a clerical error in paragraph 2 on page 21. The Order is hereby amended as follows:

　　2.　　Based upon the stipulation of Petitioner at the recent hearing, the Petitioner will incur the expense of the return of L.A. to Sweden.

All other provisions of the order remain the same.

**IT IS SO ORDERED**.

Dated this 3rd day of July, 2013.

_____
JAMES E. GRITZNER, Chief Judge
U.S. DISTRICT COURT